UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **Rehabcare Group East, Inc.** : | Civil 06-2128(FLW) |
| plaintiff : | |
| : | |
| v. : | **O R D E R   O F   D I S M I S S A L** |
| : | |
| **Trenton Convalescent Center Operating** : | |
| **Co., L.P. doing business as The Millhouse,** : | |
| **et al** : | |
| defendants : | |

-----------------------------------------------------------

It having been reported to the Court that the above captioned action has been settled, and that the request for an order of dismissal is not based on a desire to adjourn or delay the proceedings herein;

IT IS on this 31st Day of March, 2008;

ORDERED THAT:

(1) This action is hereby DISMISSED without cost and without prejudice to the right, upon motion and good cause shown within 60 days, to reopen this action if the settlement is not consummated; and *WITHOUT prejudice to the right of Plaintiff to proceed against the bankrupt defendant, Trenton Convalescent Center Operating Co., L.P. doing business as The Millhouse, when the automatic stay is lifted*; and

(2) If any party shall move to set aside this Order of Dismissal as provided in paragraph (1) or pursuant to the provisions of F.R.Civ.P.60(b), in deciding such motion the Court retains jurisdiction of the matter to the extent necessary to enforce the terms and conditions of any settlement entered into between the parties.

<u>Hon. Freda L. Wolfson</u>
U.S. District Judge